JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTHMANE FATHI, | Case No. SA CV 20-0554 FMO (DFMx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| SADDLEBACK VALLEY UNIFIED SCHOOL DISTRICT, | |
| Defendant. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 14th day of July, 2020.

/s/
Fernando M. Olguin
United States District Judge